DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARVON WARREN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3723

[February 15, 2018]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 08-016456 CF10A.

Charvon Warren, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***